**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Deborah M. Fine | **Date:** July 1, 2022 |
| **USA v. Devonne Beth Hamalowa** | **Case Number:** CR-22-00751-002-PHX-JJT |

**Assistant U.S. Attorney:** Jennifer LaGrange
**Attorney for Defendant:** Michael Ziemba, CJA
**Interpreter:** N/A
**Defendant:** Present and In Custody

**INITIAL APPEARANCE**
**Date of Arrest:** June 30, 2022

Government's motion to unseal the Indictment is granted. The Indictment is ordered unsealed.

CJA attorney Michael Ziemba is appointed conditionally, pending the submission of a Financial Affidavit, at the next hearing.

Defense counsel's motion for Detention Hearing and continued Arraignment is granted. Detention Hearing and Arraignment set for **July 7, 2022 at 2:00 PM** before Judge Boyle in Courtroom 302.

Defendant shall be temporarily detained in the custody of the United States Marshal.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Recorded By** Courtsmart
**Deputy Clerk** April Covarrubio

**Start:** 4:14 PM
**Stop:** 4:20 PM
**Total:** 6 minutes